466 A.2d 726

Byrne, Appellants v. Jackson.

Argued April 20, 1983. Roger Joseph Harrington, for appellants; Wendella P. Fox, submitted a brief on behalf of appellees.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment affirmed.

466 A.2d 727

Commonwealth v. Baker, Appellant.

Submitted July 28, 1983. Helen McCaffrey, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.